WILLIAM  HAWKINS,  Respondent,  *v.*  FLORENCE  J. MAXWELL, Appellant.

*Hawkins* v. *Maxwell*, 156 App. Div. 31, affirmed.
(Argued May 11, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 27, 1913, affirming a judgment in favor of plaintiff entered upon a decision of the Kings County Court on trial without a jury in an action to foreclose a mortgage upon real property, on the ground that the land taxes had remained unpaid for a period of sixty days after they became a lien.   The defense was that no notice or demand that these taxes be paid was given or of appellant's election to declare the principal due and that the mortgage was usurious.

*J. Franklin Tausch* for appellant.

*Henry Joralemon Davenport* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.